**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton (SBN 176340)
Kevin M. Kreutz (SBN 264654)
Robin S. Basra (SBN 273499)
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendant
LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company
 d.b.a. TRAVEL INN, VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT; and YVONNE WILLIAMS<br><br>            Plaintiffs,<br><br>v.<br><br>LINCOLN ALLIANCE LLC, a Nevada Limited Liability Co d.b.a. TRAVEL INN, VALLEJO,<br><br>            Defendants.<br>_____ / | CASE NO. 2:12-CV-02799-GEB-EFB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARSHALL LOSKOT and YVONNE WILLIAMS and Defendant LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company d.b.a. TRAVEL INN, VALLEJO, by and through their respective counsel, that the time within which Defendant must file a response to Plaintiffs' Complaint be extended from January 22, 2013 to and including a new deadline of February 19, 2013.  This stipulation is made pursuant to Local Rule 144(a).

///

1

**STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**
{01093822.DOC}

The parties are going to engage in settlement negotiations before filing further pleadings in this case and/or conducting extensive discovery. There has been one previous extension between the parties. The parties stipulate and agree that the foregoing constitutes good cause to extend the deadline for Defendant's response to the Complaint.

**IT IS SO STIPULATED.**

Dated:  January 18, 2013

PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/ Robin S. Basra
David A. Melton
Kevin M. Kreutz
Robin S. Basra
Attorneys for Defendant
LINCOLN ALLIANCE LLC, a Nevada Limited Liability Co. d.b.a. TRAVEL INN, VALLEJO

Dated: January 18, 2013

THOMAS E. FRANKOVICH
A PROFESSIONAL CORPORATION

By    /s/ George S. Khoury (approved by email          )
Thomas E. Frankovich
George S. Khoury
Attorneys for Plaintiffs
MARSHALL LOSKOT and YVONNE WILLIAMS

**IT IS SO ORDERED** that Defendant LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company d.b.a. TRAVEL INN, VALLEJO shall have until February 19, 2013 to respond to the Complaint.

**Date: 1/22/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

**STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**
{01093822.DOC}