**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton (SBN 176340)
Kevin M. Kreutz (SBN 264654)
Robin S. Basra (SBN 273499)
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendant
LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company
 d.b.a. TRAVEL INN, VALLEJO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT; and YVONNE WILLIAMS<br><br>              Plaintiffs,<br><br>v.<br><br>LINCOLN ALLIANCE LLC, a Nevada Limited Liability Co d.b.a. TRAVEL INN, VALLEJO,<br><br>              Defendants._____/ | CASE NO. 2:12-CV-02799-GEB-EFB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARSHALL LOSKOT and YVONNE WILLIAMS and Defendant LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company d.b.a. TRAVEL INN, VALLEJO, by and through their respective counsel, that the time within which Defendant must file a response to Plaintiffs' Complaint be extended from January 22, 2013 to and including a new deadline of February 19, 2013.  This stipulation is made pursuant to Local Rule 144(a).

///

The parties are going to engage in settlement negotiations before filing further pleadings in this case and/or conducting extensive discovery. There has been one previous extension between the parties. The parties stipulate and agree that the foregoing constitutes good cause to extend the deadline for Defendant's response to the Complaint.

**IT IS SO STIPULATED.**

Dated:  January 18, 2013          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By     /s/ Robin S. Basra
                                         David A. Melton
                                         Kevin M. Kreutz
                                         Robin S. Basra
                                         Attorneys for Defendant
                                         LINCOLN ALLIANCE LLC, a Nevada Limited
                                         Liability Co. d.b.a. TRAVEL INN, VALLEJO


Dated: January 18, 2013           THOMAS E. FRANKOVICH
                                  A PROFESSIONAL CORPORATION


                                  By     /s/ George S. Khoury (approved by email          )
                                         Thomas E. Frankovich
                                         George S. Khoury
                                         Attorneys for Plaintiffs
                                         MARSHALL LOSKOT and YVONNE
                                         WILLIAMS


**IT IS SO ORDERED** that Defendant LINCOLN ALLIANCE LLC, a Nevada Limited Liability Company d.b.a. TRAVEL INN, VALLEJO shall have until February 19, 2013 to respond to the Complaint.

**Date:  1/22/2013**

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge