THOMAS E. FRANKOVICH (State Bar #074414)
GEORGE S. KHOURY (State Bar #269738)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiffs , MARSHALL LOSKOT and YVONNE WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT and YVONNE WILLIAMS,<br><br>    Plaintiffs,<br>v.<br><br>LINCOLN ALLIANCE LLC, a Nevada Limited Liability Co d.b.a. TRAVEL INN, VALLEJO<br><br>    Defendants.<br>_____ | **CASE NO. 2:12-CV-2799-TLN-EFB**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 7, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By*:* */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorneys for MARSHALL LOSKOT and YVONNE WILLIAMS

Dated: November 8, 2013

PORTER SCOTT

By: */s/ Kevin M. Kreutz*
Kevin M. Kreutz
Attorneys for Defendant LINCOLN ALLIANCE LLC, a Nevada Limited Liability Co d.b.a. TRAVEL INN, VALLEJO

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: November 15, 2013

Troy L. Nunley
United States District Judge